APPEAL No. 75-160. DONATO L. PERRIELLO *v.* THOMAS DEL VECCHIO. The defendant's motion to dismiss the plaintiff's appeal for failure to file a brief is granted. *William A. Poore*, for plaintiff. *John G. Carroll*, for defendant.

APPEAL No. 75-244. DONALD E. SCHENCK, *Executor of the Estate of Adolph E. Schenck v.* ROGER WILLIAMS GENERAL HOSPITAL *and* LEOCADIA C. FLYNN, *Executrix of the Estate of Joseph C. Flynn*. The motion to delay determination of the petition to reargue is denied.

The petition for reargument is denied without prejudice to the right of the defendants to raise the question concerning the claim against the Estate of Dr. Flynn at the new trial. *Roberts & Wiley Incorporated, Bruce G. Tucker*, for plaintiff. *Carroll, Kelly & Murphy, Joseph A. Kelly* (for Roger Williams General Hospital), *Hinckley, Allen, Salisbury & Parsons, Thomas D. Gidley* (for Leocadia C. Flynn).

APPEAL No. 77-180. PATRICIA A. CURRIER *v.* ERNEST E. CURRIER. The petitioner's motion to affirm the judgment below pursuant to Rule 16(g) is granted. *David G. Lussier*, for petitioner. *Joseph E. Marran, Jr.*, for respondent.